~~1 of 52~~ ~~1 of~~ 1 of 54 **FORM A**

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10   UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

Timmthy A. moore
(Full name of the Plaintiff(s) in this action)

Please Red ALL

v. See Atacht Shut of PaPr(s)
for (9. Defendant(s)

CIVIL ACTION NO. 5-25CV-117-JHM
(To be supplied by the clerk)

1. St. Claire Regional medical center Hospital
2. Nartins PHYSICIANS SERVICES, Hospital
3. (EKCC) wall Path, medical    (✓) DEMAND FOR JURY TRIAL
4. (KSP) wall path, medical    ( ) NO JURY TRIAL DEMAND
5. (LLCC) wall path, medical     (Check only one)
(Full name of the Defendant(s) in this action)
6. (GRCC) wall path, medical,) (7. Denise Burkett. Health Services Divison ~~K.D.P.C.~~ K.D.P.C.)
8. Mr Stevin Hughes D.P.A.

I. **PARTIES**

they would Not ALL fit See B(2)

(9. Rebecca Phillips Judge)

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Timmathy A. moore

Place of Confinement: Kentuck State. penitentiary. (K.SP.)

Address: 266 water street, Eddyville, KY 42038

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

**FILED**
JAMES J. VILT, JR. - CLERK
AUG 04 2025
U.S. DISTRICT COURT
WEST'N DIST KENTUCKY

Plantiff: Timmathy A. moore
    V.
Defendant (S)

(1.) St clair Regional center MD (Layhong Hong Soth)
(2.) Nortins Hospital MD (feller Rebeccas)
(3.) Eastern Kentucky correctional complex
    NP (Lacy D. Russell) wall Path
(4.) Kentucky state Penitentiary NP (mls Ramsey)
    wall Path.
(5.) Luther Luckett correctiona complex NP
    Lan Smith   wall Path
(6.) Green River correctiona complex nurs
    H.S.A. Vasqujes   wall Path
(7.) Denise Burkett APRN Kentucky Department of
    corrections, Clinical Director/Adult Institutions
    Health services Division
(8.) mr Stevin Hughes D.P.A.
(9.) Rebeca Phillips (Judge)

~~3 of 60 62~~
3 of 54

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Layhong Hong Soth** is employed as **MD** at **St. Clair Regional medical Center. morehead ky 40351**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **feller, Rebeccas** is employed as **MD** at **Nartins Hospital (in Louisville KY)**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant **LACY D. RUSSELL,** is employed as **NP** at **EASTERN Kentucky correctional complex.**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant **mis Ramey** is employed as **NP** at **Kentucky State Penitentiary.**

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

A atacht pgs ~~5 of 60~~ 6 of 54 [62]

~~Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )~~

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(6) Defendant __HSA Vasquez__ is employed

as __wall Path ~~Rit... ~~specialies~~~~__ at __Green River correctiona complex__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(7) Defendant __Denise Burkett__ is employed

as __wall Path Adult Institutions Health Services__ at __Kentuck Department of corrections D.O.C.__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(8) Defendant __Stevin Hughes__ is employed

as __D.P.A.__ at __Department of Public Advocacy__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(9) Defendant __Rebeca Phillips__ is employed

as __Judge__ at __26 court Street west Liberty Ky__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

4 of 62 62
4 of 54

(5) Defendant __Lan Smith__ is employed as __N P__ at __Luther Luckett Correctional Complex.__

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (✓) NO ( )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __Timmathy A. Moore__
__Co Smith__

Defendant(s): __Russell Lacy__
__Blevins Zachray__

Court (if federal court, name the district. If state court, name the county):
~~western~~
__Eastern District of Kentucky (Ashland)__
furSt 3:23-cv-00511 But got ononSf to 0:23-cv-00095 DLB

Docket number: __24-cv-00064 DLB__

Name of judge to whom the case was assigned: __David L. Bunning__

Type of case (for example, habeas corpus or civil rights action): __civil__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
"Yes Both cases Dismissed" 0:23-cv-00095-DLB (24-cv-00064)

Approximate date of filing lawsuit: 10-03-2023 / 7-2-24

Approximate date of disposition: 06-25-24 / 9-2-24

## II. PREVIOUS LAWSUITS

4 5 of 6 2   37 of 54

(B.) Yes, 2 of them case
Defendant(s) case 1 is 0:23-cv-00095-DLB
1. James D. green. (wordin at the time)
2. CO. Smith. (unit Admindinstrater)
3. Blevins Zachray (Lutinit)
4. Russell Lacy (Nurs RN)
5. Lestr (Sorchint)

3 1

Date filed 10-03-2023 case closd on 06-25-24
I Do blev thor IS supos to be 6 Defendants bt Hendrsen
is mising this is a Issue/sum one chansd stuf out It
shoud be on the clurks flash Drive In Ashliind KY
my 2 case 24-cv-00064 DLB Dat filed on
6 or 8 sumthing 2024 But got savtoshd by
(LLCC) Printid sid ways Held All tips of Issues

Deffendant
1. a Judge on my criminall cases in west librty
2. my D.P.A Attarney's
3. St Chars Hospitl
4. Nortins Hospitl
5 and the clurk west librtey KY

I Timmathy A. Moore Say under othe All
is trow be for me tow the best of my
a beltey's on 6-1-25 Timmathy A. Moore

"0" and Judge Binning told
me t rex foyall my
1983 if I want
t pursuw thes
Issues

my Addres
Timmathy Moore
KSP
266 watr Street
Eddeyville, KY 42038

6 of 62
6 of 60
6 of 54

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

(1) on 12-23-24 I made a cumplant to Health Services Administrator (unknown) Vasquez cunsurning Potentially Deadly and/or cancerous conditions in my Lungs, Kidney, Liver, And Testicles. As consistent with the customs of wellPath Healthcare And the Kentucky Department of corrections are Acting in complete Delliberate indifference to the critical matters from the Afore-Stated medical Neglests I've suffered injures of Loughing up Blood, Severe migraine Headaches, trouble breathing, Shortness of Breath Pains, and Sub-dermal irritations.

(2.) Throught the affecting of my endeavors to Document and collect copious Records related to my conditions and the Denials of treatments Kenneth Spurling, Anissa Sachs, And (unknown medical Records clerk) have Hendered/DELAYED/or Prevented the filings of grievances/copying of Documents/mailings/and attainings of Records related to the above-stated matters. Due to the misfeasnt customs of the individuals/et al/ I Endured the Injury's of the Dismissal of my

### III. STATEMENT OF CLAIM(S) continued


7 of 54

Previous 1983"s Lawsuits via the preventions of Access to Effective assistance with Legal matters and Effective access to Legal research materials. grievance Numbr 25-01-15 Dat fiyaild 1-15-25, Nuthr gevins Numbr 25-01-13 This gevins Kenneth Spurling was closed due to No response I Ded APPEAL with CPP 14.6 ther ney spons to the gevins so How is that!!!

(3) Copious (unnamed, and to be named) Individuals have oidedin in the above-stated injuries through custotms of Defrauding my medical Documents to conceal my injuries; Also To HENDER, DELAY, for Prevent my Effective Drafting and Litligating of my previous 1983 Lawsuits. case Numbr 3:23-cv-00511-DLB But got Chansd to 0:23-cv-00095-DLB that case got closd on 6-25-2024 so i fiyald a new case 24-cv-00064-DLB it got sortoshd by LLCC Held ALL tips of stuf Photow copeyd sid ways see the case its got a mail log in it i maild it out in the time fram ALC to Ashlnd the moten is wat the prezin mest up Not the 1983 cumplant But the vthr part whith the case Numbr And the whay it was wordid was Difcint from my furst case (95) why its all in the Sam court. (the Pes the clurk Sent) whith the case Numbr is Defrent thin the furst one the Judge told me to ney fiyll my 1983 if I wantid to purso Thes Issues. Plus, thar my be more People invavd at ALL of this Plases..

### III. STATEMENT OF CLAIM(S) continued  8 of 54

Iv ben to court 8 times on my criminal case's (s) 23-cr-44/23-cr-58/ 20-cr-71/ 23-cr-33 But the chef Judge is Lying on video cort bout stufe and is Leting the Proscutr mis Led the Court and the Judge is Leting this hapen and my DPA ATTurney is tow and I Bleve thers sum exsput cunducshin going on case 58 is fomley to the curdts ~~clerties~~

See case Huf and puf truking out of tensey

my DPA aturmy got on my civl case 23-cv-95 and Helpt get it Dist mist I Do blefe it Did get closl with Him on it and DPA offis told him he can Not Do a civl case He Dunfit Their way

The court is valating my Rits to a for triysll And they know I got a Injrey my DPA Know tow and is Not Leting me bak in to court Thay got my media Record ISMe in west Lebrter ~~civl ess Not Him but the insdent~~ co writ is in valvd in HPA form the insdent nes in case 58 but is in insdent in my civl case 95 the court is Leting ~~EkcC Kill poc~~ the Deportment of crechin

Let me Diy I want a byoppsey with a scop No more xrays or ct scans be cuz sum one is chonsing stuf out be cuz the Prezin staf wall Path Dont know wat they or Doing i yes or mabey thay Do So a second opinion of my medical needs out sid of Doc Hoflex uofL HospitL ~~~~ And I Do Blef thor is ythre people In valvd in All of ~~this~~ this

**IV.  RELIEF**

58 of 62       50 of 54

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 4,000,000.

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 3,000,000.

✓ other: $4,000,000 SCOP / biOPSY   No more X Rays they keP Chonging thim out

**V.  DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

And Even if it is gon I Stel git whent Sumthing But I Dont Blef it is Ive Ben coffening up Blood

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This  6  day of   6 month  , 20 25.

MY family James Moore Jefrey Moore Lilly Moore Tyler Rains

And I ned the covrt to Mail Port "B" to All the Defendens thar or (9) of tham In this cum plant the Presin IS jurking me a rawn so I ass the Cvrt to Do it for me


(Signature of Plaintiff)

And if I Die Be for this is Dvn I whant my family to Be strat And I whant to Brng Peoples

(Signature of additional Plaintiff)

A werness to what Ky Doc wordins or Doing to People I whant Case 023-cv-00095 Put whith this Case the Presin Shubd Letrs in coms Now its over Lapt in that case thay fm a glech

(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on  7-23-25 .

And I ned A Accont opend for this case

(Signature)

6

