UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**CIVIL ACTION NO. 5:25-CV-00117-CRS**

**TIMMATHY A. MOORE**     **PLAINTIFF**

v.

**ST. CLAIRE REGIONAL MEDICAL CENTER,** *et al.*     **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

All other motions are **DENIED as moot.**

There being no just reason for delay in its entry, this is a **final Order**.

This Court further certifies that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: October 3, 2025

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4411.014